# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

147016

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC:  147016
COA:  314410
St. Joseph CC:  07-014498-FH

KYLE JOSEPH LONGACRE,
　　　　　Defendant-Appellant.

_____/

　　　On order of the Court, the application for leave to appeal the March 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722